# United States District Court
### Northern District of New York

## JUDGMENT IN A CIVIL CASE

STEPHEN KEVIN HARRISON

V.                                  CASE NUMBER: 96-CV-1354 (FJS)

KENNETH P. WILCOX, Detective Albany Police Department; SEAN P. KEAN, Detective Albany Police Department

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is dismissed pursuant to plaintiff's failure to comply with the court order for partial payment.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 24th day of February, 1997.

February 27, 1997                   GEORGE A. RAY
_____           _____
DATE                                CLERK

                                    _____
                                    (BY) DEPUTY CLERK